

Minyao Wang
77 Water Street, Suite 2100
New York, New York 10005
Minyao.Wang@lewisbrisbois.com
Direct: 646.989.9428

September 26, 2024

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 27, 2024

File No. 44337.15

**VIA ECF**

Honorable Ronnie Abrams
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Scheduling Request in *Lu v. Cheer Holding, Inc.* (No. 1:24-cv-00459-RA)

Dear Judge Abrams:

Plaintiff Kevin X. Lu and Defendant Cheer Holding, Inc. in the above-captioned action are submitting this letter jointly to address scheduling issues. On September 11, 2024, the Court entered an order granting Defendant's motion to dismiss the initial complaint on the grounds of *forum non conveniens*. Plaintiff was granted leave to file an amended complaint no later than October 10, 2024.

Mr. Lu has advised that he needs a short extension of time to file an amended complaint and Cheer Holding does not oppose this request. Therefore, we jointly and respectfully request that the Court enter the following schedule:

1. The deadline for Plaintiff's amended complaint is extended from **October 10, 2024** to **October 17, 2024**. This is Plaintiff's first request for an extension of time.

2. Defendant shall answer or otherwise respond to Plaintiff's amended complaint by **November 14, 2024**. .

This agreement shall be without prejudice to any party's ability to request a reasonable extension of this schedule.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Honorable Ronnie Abrams
September 26, 2024
Page 2

We jointly thank the Court for its attention and consideration.

| | |
|---|---|
| */s/ Kevin X. Lu* | */s/ Minyao Wang* |
| Kevin X. Lu | Minyao Wang |
| 2361 Brandini Dr. | LEWIS BRISBOIS BISGAARD & SMITH |
| Dublin, CA 9468 | 77 Water Street, Suite 2100 |
| 408-598-1892 | New York, New York 10005 |
| | |
| *pro se* Plaintiff | *Counsel for Cheer Holding, Inc.* |

MW